**Electronically Filed**
**Supreme Court**
**SCWC-10-0000053**
**16-NOV-2010**
**12:18 PM**

NO. SCWC-10-0000053

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In the Matter of the Good Faith Settlement
Between LEVINA N. HOOHULI, individually and as the
Personal Representative of the ESTATE OF KARINA NOELANI HOOHULI,
and JOSIAH L. HOOHULI, JR., Petitioners-Appellees,

and

TESSIE KOTRYS, Respondent-Appellee,

vs.

CITY AND COUNTY OF HONOLULU, Respondent-Intervenor/Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30532)
(S.P. No. 09-1-0429)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Intervenor-Appellant City and County of

Honolulu's application for writ of certiorari, filed on

October 4, 2010, is hereby rejected.

DATED: Honolulu, Hawai'i, November 16, 2010.

FOR THE COURT:

*Mark E. Recktenwald*

Chief Justice

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Perkins, assigned by reason of vacancy.